1  THOMAS E. MONTGOMERY, County Counsel
   County of San Diego
2  By MELISSA M. HOLMES, Senior Deputy (SBN 220961)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone: (619) 531- 5836
4  E-mail: melissa.holmes@sdcounty.ca.gov

Attorneys for Defendants William D. Gore and Alfred Joshua, M.D., Director of the San Diego County Sheriff's Department's Medical Services Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL WILLIAMS, | No. 15CV0654-AJB (PCL) |
| Plaintiff, | PETITION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| WILLIAM D. GORE, SHERIFF OF SAN DIEGO COUNTY AND JOHN OR JANE DOE, MEDICAL DIRECTOR OF SAN DIEGO COUNTY JAIL FACILITIES, | Dept: Courtroom 4A, Fourth Floor<br>Judge: Hon. Anthony J. Battaglia |
| Defendants. | |

PETITION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE ANTHONY J. BATTAGLIA:

Defendants, by and through Melissa Holmes, their attorney of record, hereby petition the Court for a Writ of Habeas Corpus Ad Testificandum for Plaintiff, James Michael Williams, from the Robert J. Donovan Correctional Facility to the Southern District Courthouse located at 221 West Broadway in San Diego, California for the Evidentiary Hearing on June 15, 2017, by 10:00 AM.

Plaintiff, James Michael Williams, CDCR# AN9579, is currently confined at the Richard J. Donovan Correctional Facility so that Plaintiff may personally appear for an

///

1  evidentiary hearing in this matter.   The Court has requested that Defendants prepare the
2  instant Proposed Order to make Plaintiff available for the evidentiary hearing.
3      WHEREFORE, Defendants respectfully request that the Clerk of the Court be
4  directed to issue a Writ of Habeas Corpus ad Testificandum commanding the Warden of
5  the Richard J. Donovan Correctional Facility and the California Department of
6  Corrections to produce the inmate on the 4th floor in Courtroom 4A of the United States
7  District Court located at 221 West Broadway, San Diego, California for:

- the Evidentiary Hearing on June 15, 2017 by 10:00 AM.

DATED: April 11, 2017        THOMAS E. MONTGOMERY, County Counsel

By: s/MELISSA M. HOLMES, Senior Deputy
Attorneys for Defendants William D. Gore and Alfred Joshua, M.D., Director of the San Diego County Sheriff's Department's Medical Services Division
melissa.holmes@sdcounty.ca.gov

# [PROPOSED] ORDER

The Court finding good cause, it is **HEREBY ORDER THAT**:

A Writ of Habeas Corpus Ad Testificandum is issued commanding the Warden of the Richard J. Donovan Correctional Facility and the California Department of Corrections to produce **JAMES MICHAEL WILLIAMS, CDCR #AN9579** on the 4th floor in Courtroom 4A of the United States District Court located at 221 West Broadway, San Diego, California for:

- the Evidentiary Hearing on June 15, 2017 by 10:00 AM and continuing for such time as necessary and thereafter for to return the inmate to the above institution.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of the Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California:

**YOU ARE COMMANDED** to produce inmate **JAMES MICHAEL WILLIAMS, CDCR #AN9579**, on the 4th floor in Courtroom 4A of the United States District Court located at 221 West Broadway, San Diego, California for the Evidentiary Hearing on June 15, 2017 by 10:00 AM.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED**.

Dated: April ____, 2017                   _____

Hon. Anthony J. Battaglia
United States District Judge