# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM D. GORE, SHERIFF OF SAN DIEGO COUNTY AND JOHN OR JANE DOE, MEDICAL DIRECTOR OF SAN DIEGO COUNTY JAIL FACILITIES,<br><br>    Defendants. | No. 15CV0654-AJB (PCL)<br><br>WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(Doc. No. 81) |

The Court finding good cause, it is **HEREBY ORDER THAT**:

A Writ of Habeas Corpus Ad Testificandum is issued commanding the Warden of the Richard J. Donovan Correctional Facility and the California Department of Corrections to produce **JAMES MICHAEL WILLIAMS, CDCR #AN9579** on the 4th floor in Courtroom 4A of the United States District Court located at 221 West Broadway, San Diego, California for:

- the Evidentiary Hearing on June 15, 2017 by 10:00 AM and continuing for such time as necessary and thereafter for to return the inmate to the above institution.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of the Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, California:

No. 15CV0654-AJB (PCL)

     **YOU ARE COMMANDED** to produce inmate **JAMES MICHAEL WILLIAMS, CDCR #AN9579**, on the 4th floor in Courtroom 4A of the United States District Court located at 221 West Broadway, San Diego, California for the Evidentiary Hearing on June 15, 2017 by 10:00 AM.

     **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

     **IT IS SO ORDERED**.

Dated: April 14, 2017

_____
Hon. Anthony J. Battaglia
United States District Judge